**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

---

| | |
|---|---|
| MARCIE FISHER-BORNE, for herself and as guardian *ad litem* for M.F.-B., a minor; CHANTELLE FISHER-BORNE, for herself and as guardian *ad litem* for E.F.-B., a minor; TERRI BECK; LESLIE ZANAGLIO, for herself and as guardian *ad litem* for T.B.Z. and D.B.Z., both minors; SHANA CARIGNAN; MEGAN PARKER, for herself and as guardian *ad litem* for J.C., a minor; LEIGH SMITH; CRYSTAL HENDRIX, for herself and as guardian *ad litem* for J.H.-S., a minor; DANA DRAA; LEE KNIGHT CAFFERY, for herself and as guardian *ad litem* for M.M.C.D. and M.L.C.D., both minors; SHAWN LONG; CRAIG JOHNSON, for himself and as guardian *ad litem* for I.J.-L., a minor; | CIVIL ACTION NO. 12-cv-00589 |

Plaintiffs,

v.

JOHN W. SMITH, in his official capacity as the Director of the North Carolina Administrative Office of the Courts; THE HONORABLE DAVID L. CHURCHILL, in his official capacity as Clerk of the Superior Court for Guilford County; and THE HONORABLE ARCHIE L. SMITH III, in his official capacity as Clerk of the Superior Court for Durham County;

Defendants.

---

## NOTICE OF SPECIAL APPEARANCE

Pursuant to Local Rule 83.1(d), please take notice of the special appearance of

Rose A. Saxe of the American Civil Liberties Union Foundation as counsel of record for the

Plaintiffs in the above-captioned civil action.

Ms. Saxe certifies that she is an active member in good standing of the bar of the State of New York. Ms. Saxe further certifies that she understands that by entering an appearance she submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which she is specially appearing and that she will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials and other proceedings.

Ms. Saxe is appearing in the above-captioned civil action in association with Jonathan D. Sasser and Jeremy M. Falcone of Ellis & Winters LLP. Each of Mr. Sasser and Mr. Falcone is an active member in good standing of the bar of this Court. Mr. Sasser and Mr. Falcone certify that they remain responsible to this Court for the conduct of the litigation and acknowledge that one of them must sign all pleadings and papers, except for certificates of service. Mr Sasser and Mr. Falcone further certify that one of them will be present during pretrial conferences, potentially dispositive proceedings and at trial.

This 10th day of July 2012.

/s/ Rose A. Saxe
Rose A. Saxe
James D. Esseks*
American Civil Liberties Union Foundation
125 Broad Street
New York, New York 10004-2400
Telephone: (212) 549-2500
Facsimile: (212) 549-2646
rsaxe@aclu.org
jesseks@aclu.org

/s/ Jonathan D. Sasser
Jonathan D. Sasser
N.C. State Bar No. 10028
Ellis & Winters LLP
P.O. Box 33550
Raleigh, North Carolina 27636
Telephone Number: (919) 865-7000
Facsimile Number: (919) 865-7010
jon.sasser@elliswinters.com

/s/ Jeremy M. Falcone
Jeremy M. Falcone
N.C. State Bar No. 36182
Ellis & Winters LLP
P.O. Box 33550
Raleigh, North Carolina 27636
Telephone Number: (919) 865-7000
Facsimile Number: (919) 865-7010
jeremy.falcone@elliswinters.com

Garrard R. Beeney*
David A. Castleman*
William R.A. Kleysteuber, IV*
Catherine M. Bradley*
Daniel W. Meyler*
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-9007
BeeneyG@sullcrom.com

Elizabeth O. Gill*
American Civil Liberties Union Foundation
39 Drumm Street
San Francisco, California  94111-4805
Telephone:  (415) 343-1237
Facsimile:  (415) 255-1478
egill@aclunc.org

Christopher Brook
N.C. State Bar No. 33838
ACLU of North Carolina
P.O. Box 28004
Raleigh, North Carolina  27611-8004
Telephone:  (919) 834-3466
Facsimile:  (866) 511-1344
cbrook@acluofnc.org

(*Notice of special appearance filed)

*Attorneys for the plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2012, I electronically filed the foregoing

**NOTICE OF SPECIAL APPEARANCE** with the Clerk of the Court using the CM/ECF

system, which will send notification of such filing to Grady L. Balentine, Jr. and Mabel Y.

Bullock, counsel of record for Defendants.

> /s/  Rose A. Saxe
> Rose A. Saxe
> American Civil Liberties Union Foundation
> 125 Broad Street
> New York, New York  10004-2400
> Telephone:  (212) 549-2500
> Facsimile:  (212) 549-2646
> rsaxe@aclu.org