UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION FILE NO. 1:12-CV-589

| | |
|---|---|
| MARCIE FISHER-BORNE, for herself and as guardian *ad litem* for M.F.-B., a minor; CHANTELLE FISHER-BORNE, for herself and as guardian *ad litem* for E.F.-B., a minor; TERRI BECK; LESLIE ZANAGLIO, for herself and as guardian *ad litem* for T.B.Z. and D.B.Z., both minors; SHANA CARIGNAN; MEGAN PARKER, for herself and as guardian *ad litem* for J.C., a minor; LEIGH SMITH; CRYSTAL HENDRIX, for herself and as guardian *ad litem* for J.H.-S., a minor; DANA DRAA; LEE KNIGHT CAFFERY, for herself and as guardian *ad litem* for M.M.C.D. and M.L.C.D., both minors; SHAWN LONG; CRAIG JOHNSON, for himself and as guardian *ad litem* for I.J.-L., a minor;<br><br>     Plaintiffs,<br><br>  vs.<br><br>JOHN W. SMITH, in his official capacity as the Director of North Carolina Administrative Office of the Courts; THE HONORABLE DAVID L. CHURCHILL, in his official capacity as Clerk of the Superior Court for Guilford County; and THE HONORABLE ARCHIE L. SMITH III, in his official capacity as Clerk of the Superior Court for Durham County;<br><br>     Defendants. | **MOTION TO DISMISS THE COMPLAINT**<br>[Fed. R. Civ. P. 12(b)(1) and (6)] |

  PURSUANT to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure, now come Defendant John W. Smith, in his official capacity as the Director of North Carolina Administrative Office of the Courts; THE HONORABLE DAVID L. CHURCHILL, in his official capacity as Clerk of the Superior Court for Guilford County; and THE HONORABLE ARCHIE L. SMITH III, in his

official capacity as Clerk of the Superior Court for Durham County, by and through the undersigned attorneys, and respectfully move the Court to dismiss in its entirety the Plaintiffs' Complaint in the above-captioned matter.

Respectfully submitted, this the 6th day of August, 2012

ROY COOPER
Attorney General


/s/ Mabel Y. Bullock
Mabel Y. Bullock
Special Deputy Attorney General
N.C. State Bar No. 10592
mbullock@ncdoj.gov
North Carolina Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6864
Facsimile: (919) 716-6758


/s/ Grady L. Balentine, Jr.
Special Deputy Attorney General
North Carolina State Bar No. 19541
gbalentine @ncdoj.gov
North Carolina Department of Justice
P.O.Box 629
Raleigh, N.C. 27602
Telephone: (919) 716-6800
Facsimile: (919) 716-6755


*Counsel for Defendants*

2

Case 1:12-cv-00589-UA-JEP   Document 27   Filed 08/06/12   Page 2 of 4

# CERTIFICATE OF SERVICE

I hereby certify that on 6th of August, 2012, I electronically filed the foregoing **DEFENDANTS MOTION TO DISMISS THE COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jonathan Drew Sasser
Ellis & Winters, LLP
jon.sasser@elliswinters.com
*Attorney for Plaintiffs*

Catherine M. Bradley
Sullivan & Cromwell LLP
BradleyC@sullcrom.com
*Attorney for Plaintiffs*

Christopher A. Brook
American Civil Liberties Union of NC
cbrook@acluofnc.org
*Attorney for Plaintiffs*

Daniel W. Meyler
Sullivan & Cromwell LLP
Meylerd@sullcrom.com
*Attorney for Plaintiffs*

David A. Castleman
Sullivan & Cromwell LLP
CastlemanD@sullcrom.com
*Attorney for Plaintiffs*

Elizabeth O. Gill
American Civil Liberties Union Foundation
egill@aclunc.org
*Attorney for Plaintiffs*

Garrard R. Beeney
Sullivan & Cromwell LLP
beeneyg@sullcrom.com
*Attorney for Plaintiffs*

James D. Esseks
American Civil Liberties Union Foundation
jesseks@aclu.org
*Attorney for Plaintiffs*

Jeremy M. Falcone
Ellis & Winters, LLP
jfalcone@elliswinters.com
*Attorney for Plaintiffs*

Rose A. Saxe
American Civil Liberties Union Foundation
rsaxe@aclu.org
*Attorney for Plaintiffs*

William R. Kleysteuber
Sullivan & Cromwell LLP
KleysteuberR@sullcrom.com
*Attorney for Plaintiffs*

This the 6th day of August 2012.

/s/ Grady L. Balentine, Jr.
Special Deputy Attorney General