# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MARCIE FISHER-BORNE, for herself and as guardian *ad litem* for M.F.-B., a minor; CHANTELLE FISHER-BORNE, for herself and as guardian *ad litem* for E.F.-B., a minor; TERRI BECK; LESLIE ZANAGLIO, for herself and as guardian *ad litem* for T.B.Z. and D.B.Z., both minors; SHANA CARIGNAN; MEGAN PARKER, for herself and as guardian *ad litem* for J.C., a minor; LEIGH SMITH; CRYSTAL HENDRIX, for herself and as guardian *ad litem* for J.H.-S., a minor; DANA DRAA; LEE KNIGHT CAFFERY, for herself and as guardian *ad litem* for M.M.C.-D. and M.L.C.-D., both minors; SHAWN LONG; CRAIG JOHNSON, for himself and as guardian *ad litem* for I.J.-L., a minor; | CIVIL ACTION NO. 1:12-cv-589 |
| Plaintiffs, | |
| v. | |
| JOHN W. SMITH, in his official capacity as the Director of the North Carolina Administrative Office of the Courts; THE HONORABLE DAVID L. CHURCHILL, in his official capacity as Clerk of the Superior Court for Guilford County; THE HONORABLE ARCHIE L. SMITH III, in his official capacity as Clerk of the Superior Court for Durham County; ROY COOPER, in his official capacity as the Attorney General of North Carolina; WILLIAM COVINGTON, in his official capacity as the Register of Deeds for Durham County; and JEFF THIGPEN, in his official capacity as the Register of Deeds for Guilford County. | **MOTION TO AMEND THE COMPLAINT** |
| Defendants. | |

Plaintiffs submit this motion to amend the Complaint pursuant to Fed. R. Civ. P. 15(a) and Local Rule 7.3(j)(5). In support, Plaintiffs state as follows:

1.      Plaintiffs filed a Complaint on June 13, 2012. (Dkt. No. 1.)

2.      On June 26, 2013, the Supreme Court struck down the federal Defense of Marriage Act. *See United States* v. *Windsor*, No. 12-307 (U.S. June 26, 2013).

3.      Plaintiffs seek to amend the Complaint to include claims challenging the constitutionality of North Carolina's constitutional and statutory prohibitions on the recognition of same-sex marriages. *See* N.C. Const. art. XIV, § 6; N.C. Gen. Stat. §§ 51-1, 51-1.2. Plaintiffs have also added the requisite defendants in light of these additional claims. A copy of the proposed First Amended Complaint has been attached to this Motion as Exhibit A ("First Amended Complaint").

4.      Plaintiffs' counsel has provided existing Defendants' counsel with a copy of the First Amended Complaint. Counsel for existing Defendants indicated no objection to the motion to amend the complaint.

WHEREFORE, Plaintiffs respectfully request that the Court enter the attached order allowing them to file and serve the First Amended Complaint, and for such other and further relief as the Court deems just and proper.

Dated: July 12, 2013
Raleigh, North Carolina

*Of Counsel:*                                   /s/  Jonathan D. Sasser
                                                Jonathan D. Sasser
Rose A. Saxe                                    N.C. State Bar No. 10028
James D. Esseks                                 Jeremy M. Falcone
American Civil Liberties Union Foundation       N.C. State Bar No. 36182
125 Broad Street                                Ellis & Winters LLP
New York, New York  10004-2400                  P.O. Box 33550
Telephone:  (212) 549-2500                      Raleigh, North Carolina  27636
Facsimile:  (212) 549-2646                      Telephone Number:  (919) 865-7000
rsaxe@aclu.org                                  Facsimile Number:  (919) 865-7010
jesseks@aclu.org                                jon.sasser@elliswinters.com
                                                jeremy.falcone@elliswinters.com
Elizabeth O. Gill
American Civil Liberties Union Foundation       *Attorneys for the Plaintiffs*
39 Drumm Street
San Francisco, California  94111-4805
Telephone:  (415) 343-1237
Facsimile:  (415) 255-1478
egill@aclunc.org

Christopher Brook
N.C. State Bar No. 33838
ACLU of North Carolina
P.O. Box 28004
Raleigh, North Carolina  27611-8004
Telephone:  (919) 834-3466
Facsimile:  (866) 511-1344
cbrook@acluofnc.org

Garrard R. Beeney
David A. Castleman
Catherine M. Bradley
William R.A. Kleysteuber
Daniel W. Meyler
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
BeeneyG@sullcrom.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

<div style="margin-left: 50%;">

/s/  Jonathan D. Sasser
Jonathan D. Sasser
N.C. State Bar No. 10028
Jeremy M. Falcone
N.C. State Bar No. 36182
Ellis & Winters LLP
P.O. Box 33550
Raleigh, North Carolina  27636
Telephone Number:  (919) 865-7000
Facsimile Number:  (919) 865-7010
jon.sasser@elliswinters.com
jeremy.falcone@elliswinters.com

*Attorneys for the Plaintiffs*

</div>