IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARCIE FISHER-BORNE, for herself and )
as guardian *ad litem* for M.F.-B., a minor, et al., )
                                            )
                  Plaintiffs,         )
                                            )
                      v.                           )     1:12CV589
                                            )
JOHN W. SMITH, in his official capacity as )
the Director of the North Carolina )
Administrative Office of the Courts, et al., )
                                            )
                  Defendants.        )

ORDER

This matter is before the Court on Defendants John W. Smith, The Honorable David L. Churchill, and The Honorable Archie L. Smith III's Motion [Doc. #43] for an extension of time to Answer or otherwise respond to Plaintiffs' First Amended Complaint. The Court has reviewed Defendants' Motion and finds good cause to allow the requested extension.

IT IS THEREFORE ORDERED that Defendants John W. Smith, The Honorable David L. Churchill, and The Honorable Archie L. Smith III's Motion for Extension of Time to Answer or otherwise Respond to the First Amended Complaint [Doc. #43] is GRANTED, and these Defendants have to and including September 4, 2013, within which to Answer or otherwise respond to Plaintiffs' First Amended Complaint.

This, the 6th day of August, 2013.

                                                                   /s/ Joi Elizabeth Peake
                                                              United States Magistrate Judge