UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MARCIE FISHER-BORNE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN W. SMITH, in his official capacity as the Director of the North Carolina Administrative Office of the Courts, et al.,<br><br>Defendants. | CIVIL ACTION NO. 1:12CV589 |

ORDER

This matter is before the Court on Plaintiffs' Consent Motion [Doc. #56] for a Scheduling Order for any briefing on motions to dismiss as to Plaintiffs' First Amended Complaint. The Court has reviewed Plaintiffs' Motion and finds good cause to establish a briefing schedule.

IT IS THEREFORE ORDERED that Plaintiffs' Consent Motion for Scheduling Order [Doc. #56] is GRANTED, and the following briefing schedule is established:

| | |
|---|---|
| September 11, 2013 | All Defendants answer or otherwise respond to the First Amended Complaint |
| October 15, 2013 | Plaintiffs' opposition to any motions due |
| November 15, 2013 | Moving Defendants' replies due |

This, the 27th day of August, 2013.

/s/ Joi Elizabeth Peake
United States Magistrate Judge

-1-