MARCIE FISHER-BORNE, for herself and as guardian ad litem for M.F.-B., a minor; CHANTELLE FISHER-BORNE, for herself and as guardian ad litem for E.F.-B., a minor; TERRI BECK; LESLIE ZANAGLIO, for herself and as guardian ad litem for T.B.Z. and D.B.Z., both minors; SHANA CARIGNAN; MEGAN PARKER, for herself and as guardian ad litem for J.C., a minor; LEIGH SMITH; CRYSTAL HENDRIX, for herself and as guardian ad litem for J.H.-S., a minor; DANA DRAA; LEE KNIGHT CAFFERY, for herself and as guardian ad litem for M.M.C.-D. and M.L.C.-D., both minors; SHAWN LONG; CRAIG JOHNSON, for himself and as guardian ad litem for I.J.-L., a minor;

      Plaintiffs,
  v.

JOHN W. SMITH, in his official capacity as the Director of the North Carolina Administrative Office of the Courts; THE HONORABLE DAVID L. CHURCHILL, in his official capacity as Clerk of the Superior Court of Guilford County; THE HONORABLE ARCHIE L. SMITH III, in his official capacity oas Clerk of the Superior Court for Durham County; ROY COOPER, in his official capacity as the Attorney General of North Carolina; WILLIE COVINGTON, in his official capacity as the Register of Deeds for Durham County; and JEFF THIGPEN, in his official capacity as the Register of Deeds for Guilford County;

      Defendants.

Case No. 1:12-cv-00589

## MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

NOW COMES the Defendant, Willie Covington, in his Official Capacity as Register of Deeds of Durham County, by and through undersigned counsel, and moves this Court to dismiss this action pursuant to Rules 12(b) (1) and (6) of the Federal Rules of Civil Procedure on the grounds that the Court lacks subject matter jurisdiction over the claim and because the Plaintiffs have failed to state a claim upon which relief can be granted due to standing.

This the 10th day of September, 2013.

/s/ Kathy R. Everett-Perry
Kathy R. Everett-Perry
N.C. State Bar No.: 20958
*Counsel for Willie Covington, in his Official Capacity as Register of Deeds for Durham County*
P.O. Box 3508
Durham, NC 27702
Telephone: (919) 560-0710
Fax: (919) 560-0719
E-mail: keverettperry@dconc.gov

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing MOTION TO DIMISS was filed electronically with the Clerk of Court using the CM/ECF system, which will serve a copy by email to counsels of record, as listed below.

| PLAINTIFFS: | DEFENDANTS: |
|---|---|
| Jonathan D. Sasser<br>Jeremy M. Falcone<br>Ellis & Winters, LLP<br>P.O. Box 33550<br>Raleigh, NC 27636 | Grady L. Balentine, Jr.<br>Special Deputy Attorney General<br>NC Department of Justice<br>PO Box 629<br>Raleigh, North Carolina 27602 |
| OF COUNSEL:<br><br>Rose A. Saxe<br>James D. Esseks<br>American Civil Liberties Union Foundation<br>125 Broad Street<br>New York, New York 10004-2400<br><br>Elizabeth O. Gill<br>American Civil Liberties Union Foundation<br>39 Drumm Street<br>San Francisco, California 94111-4805<br><br>Christopher Brook<br>ACLU of North Carolina<br>PO Box 28004<br>Raleigh, North Carolina 27611-8004<br><br>Garrard R. Beeney<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004-2498 | Olga E. Vysotskaya de Brito<br>Assistant Attorney General<br>NC Department of Justice<br>PO Box 629<br>Raleigh, North Carolina 27602<br><br>Charles Whitehead<br>Special Deputy Attorney General<br>NC Department of Justice<br>PO Box 629<br>Raleigh, North Carolina 27602<br><br>Jeff L. Thigpen<br>Register of Deeds for Guilford County<br>2nd Floor, BB&T Building<br>201 West Market Street<br>Greensboro, North Carolina 27401 |

This the 10th day of September, 2013.

/s/ Kathy R. Everett-Perry
Kathy R. Everett-Perry
Assistant County Attorney

4

Case 1:12-cv-00589-WO-JEP   Document 63   Filed 09/10/13   Page 4 of 4