IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MARCIE FISHER-BORNE, for herself and as guardian ad litem for M.F.-B., a minor, et al., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:12CV589 |
| JOHN W. SMITH, in his official capacity as the Director of the North Carolina Administrative Office of the Courts, et al., | ) ) ) ) ) | |
| Defendants. | ) ) | |
| ELLEN W. GERBER, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:14CV299 |
| ROY COOPER, et al., | ) ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the court on Plaintiffs' Unopposed Motions to Toll the Deadline for Plaintiffs' Motion for Attorneys' Fees (1:12CV589, Doc. 148; 1:14CV299, Doc. 103), filed after Defendants entered Notice of Appeal of this court's Judgment. Plaintiffs seek to toll this deadline so that Plaintiffs' motion to award statutory attorneys' fees, if

necessary, would be due 60 days after the conclusion of any and all appeals associated with these cases. Defendants and Intervenor-Defendants do not object. Having considered the motions and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiffs' Unopposed Motions to Toll the Deadline for Plaintiffs' Motion for Attorneys' Fees (1:12CV589, Doc. 148; 1:14CV299, Doc. 103) is **GRANTED** and that Plaintiffs' motion to award statutory attorneys' fees, if necessary, is due 60 days after the conclusion of any and all appeals associated with this case.

This the 16th day of December, 2014.

/s/ William L. Osteen, Jr.
_____
United States District Judge